## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SHAWN MCDANIEL AND SHARI MCDANIEL,<br><br>    Plaintiffs,<br><br>v.<br><br>I-FLOW CORPORATION,<br><br>    Defendant. | Civil No. 08-0399 (JRT/JJK)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

_____

This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendant I-Flow, Inc., filed by the parties on May 5, 2009 [Docket No. 50].

**IT IS HEREBY ORDERED** that defendant I-Flow, Inc. is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

DATED: May 7, 2009
at Minneapolis, Minnesota.

               ___s/John R. Tunheim___
                JOHN R. TUNHEIM
                United States District Judge